## BAILEY v. NATIONWIDE MUTUAL INS. CO.

No. 218PA92

Case below: 106 N.C.App. 225

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 30 September 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed only for second issue 30 September 1992.

## BRANCH BANKING AND TRUST CO. v. THOMPSON

No. 313P92

Case below: 107 N.C.App. 53

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 30 September 1992.

## CAPRICORN EQUITY CORP. v. TOWN OF CHAPEL HILL BD. OF ADJUST.

No. 187PA92

Case below: 106 N.C.App. 134

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 30 September 1992.

## CARPENTER v. N.C. DEPT. OF HUMAN RESOURCES

No. 343P92

Case below: 107 N.C.App. 278

Petition by defendant for temporary stay allowed 24 September 1992.

## COUNTY OF LANCASTER v. MECKLENBURG COUNTY

No. 293PA92

Case below: 106 N.C.App. 646

Motion by plaintiffs to dismiss appeal for lack of substantial constitutional question denied 30 September 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 30 September 1992.